NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE HON HAI PRECISION INDUSTRY CO., LTD.**

_____

2014-1567

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/009,869.

_____

**ON MOTION**

_____

**O R D E R**

Hon Hai Precision Industry Co., Ltd. moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                          IN RE HON HAI PRECISION INDUSTRY CO.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: September 2, 2014